**93–47.** State ex rel. Cuyahoga Cty. Democratic Party Executive Commt. v. Taft. In Mandamus. On motion to file reply brief. Motion granted.

DOUGLAS, J., dissents.

WRIGHT, J., not participating.

On motion to strike reply brief and additional evidence. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

WRIGHT, J., not participating.